# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/20/2005 4:30 PM
SUE BEITIA, CLERK

**CASE NUMBER:** CV 04-00053SPK-LEK

**CASE NAME:** William R. Kowalski and Hawaii International Seafood, Inc. vs. Advanced Fresh Concepts Corporation and Advanced Fresh Concepts Franchise Corporation

**INTERPRETER:**

**JUDGE:** JUDGE LESLIE E. KOBAYASHI

**REPORTER:**

**DATE:** 12/20/2005

**TIME:** 9:00:00 AM

**ROOM:** COURTROOM 7

**COURT ACTION:** EO

Continued : [Rule 16 Scheduling Conference] from 01/09/2006 09:00:00 AM to 03/13/2006 09:00:00 AM before LEK. Settlement ongoing.

Submitted by: Warren N. Nakamura, Courtroom Manager