Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

LOUISE K. Y. ING        2394-0
ALLISON KIRK            8156-0
STEPHEN M. TANNENBAUM   8397-0
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai'i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email:    ling@ahfi.com
          akirk@ahfi.com
          stannenbaum@ahfi.com

Attorneys for Defendants
ADVANCED FRESH CONCEPTS
CORPORATION and ADVANCED FRESH
CONCEPTS FRANCHISE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br>  Plaintiffs,<br><br>   v.<br><br> ADVANCED FRESH CONCEPTS CORPORATION and ADVANCED FRESH CONCEPTS FRANCHISE CORPORATION,<br><br>  Defendants. | CIVIL NO.  CV04-00053 SPK LEK<br><br>**NOTICE OF APPEARANCE;** CERTIFICATE OF SERVICE<br><br><br>(No trial date set) |

**NOTICE OF APPEARANCE**

Louise K. Y. Ing, Allison Kirk, Stephen M. Tannenbaum and Alston Hunt Floyd & Ing hereby enter their appearance as counsel of record for Defendants Advanced Fresh Concepts

604,577 / 7128-2

Corporation and Advanced Fresh Concepts Franchise Corporation the above-entitled case.

        DATED:   Honolulu, Hawai`i, February 17, 2006.

                          /s/ Louise K. Y. Ing
                          LOUISE K. Y. ING
                          ALLISON KIRK
                          STEPHEN M. TANNENBAUM
                          Attorneys for Defendants
                          ADVANCED FRESH CONCEPTS CORPORATION
                          and ADVANCED FRESH CONCEPTS
                          FRANCHISE CORPORATION

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the dates and methods of service noted below, as true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

Milton M. Yasunaga        myasunaga@cades.com    February 17, 2006

Attorney for Plaintiffs
WILLIAM R. KOWALSKI and HAWAII
INTERNATIONAL SEAFOOD, INC.

DATED: Honolulu, Hawai'i, February 17, 2006.

/s/ Louise K. Y. Ing
LOUISE K. Y. ING
ALLISON KIRK
STEPHEN M. TANNENBAUM
Attorneys for Defendants
ADVANCED FRESH CONCEPTS CORPORATION
and ADVANCED FRESH CONCEPTS
FRANCHISE CORPORATION

604,577 / 7128-2