# Bill Kowalski

P.O. Box 30486
Honolulu, Hawaii 96820
Phone (808) 285-2746; Fax (808) 923-2021; billk@pixi.com

---

Ryuji Ishii
President
AFC Corporation
19205 S Laurel Park Rd
Rancho Dominguez, CA 90220

January 29, 2003

**Re: Offer to Negotiate Tasteless Smoke Patent License**

Dear Mr. Ryuji Ishii:

I would like to draw your attention to the recent settlement of my patent infringement case with Hilo Fish Company (see attached news story). After more than two years of litigation, the case was resolved with a consent judgment issued by the U.S. District Court in Honolulu that my tasteless smoke patent issued on October 26, 1999 (U.S. Patent No. 5,972,401) is valid and enforceable. The Court also issued a permanent injunction prohibiting infringement without a license.

I believe you are aware of my tasteless smoke patent and know you are infringing. My patent, which covers treatment of food with tasteless smoke or smoke filtered so as not to impart a smoke taste (see, e.g., Claim 67 of the patent), has been widely publicized and your labeling and promotion show that you have been selling unlicensed seafood treated with such smoke. I would like to negotiate a settlement with you for your past and future use of my patent, now that the first precedent-setting case regarding the patent's validity and enforceability has been favorably resolved.

I propose that we enter into a patent license agreement with a royalty rate per pound to cover your future use of my patent, as well as a cash amount to settle your past infringement. I am willing to structure an equitable payment program in lieu of an all-cash amount for the past.

Nearly three years have passed since my patent was issued. We believe that your share of the tasteless smoke product category is growing and we encourage you to become a licensee or to deal only in product I have previously licensed. You may reach me by phone at (808) 285-2746, or e-mail (billk@pixi.com) to discuss my licensing proposal. I look forward to your favorable consideration of this offer to cooperate with me.

Sincerely yours,

Bill Kowalski

**Exhibit B**





Cryofresh production is used on the high value bluefin tuna to preserve the taste and colour. (Photo:B Basili)

**Tasteless smoke patent case settled**



### UNITED STATES
**Monday, September 02, 2002,** 17:20 (GMT + 9)

Tasteless smoke inventor Bill Kowalski, owner of the Honolulu-based Hawaii International Seafood, Inc., settled a US District Court action with Hilo Fish Company, Inc. on 14 August involving Kowalski's patent for using natural tasteless smoke to preserve the taste, colour and texture of frozen seafood.

After two years of litigation, the accord was reached that the Kowalski patent was valid, enforceable and had been infringed upon.

In a consent judgment in favor of Kowalski issued by the US District Court, Hilo Fish acknowledged the validity and enforceability of the Kowalski patent (US Patent No. 5,972,401 granted in October 1999), and Kowalski issued a licence to Hilo Fish to sell and distribute tasteless smoke product in the US for payment of an undisclosed royalty. In addition, an undisclosed amount is being paid to Kowalski for the past.

"We're very happy to have finally negotiated an agreeable settlement with Hilo Fish, one of the leading marketers of tasteless smoked seafood," said Kowalski.

"I plan to cooperate with all other companies selling product made with my process by offering them patent licenses with affordable royalty rates and a reasonable settlement for the past."

Since it was first introduced in the late 1990s, the use of tasteless smoke as a processing method to preserve fresh-like quality attributes in frozen seafood has grown rapidly. It has been especially popular for use with yellowfin and bigeye tuna, which turn brown unless they are frozen and held at ultra-low temperatures, which requires expensive cold storage infrastructure.

By processing seafood with tasteless smoke, the attractive red colour of a number of species – as well as their taste and texture – can be maintained even though the fish is frozen and held at conventional temperatures. This process of retaining fresh-like quality adds value to frozen seafood, which can reach consumers at more affordable prices than fresh. As a result, natural tasteless smoke is considered to be the preferred current processing method for previously frozen fish.

Kowalski says he plans to use the royalty money from his patent to promote and educate buyers about the benefits of seafood processed with tasteless smoke.

"Hawaii International Seafood and Hilo Fish Company have agreed to a fair settlement. It is time for the industry to come together and work towards standardizing the product category," said Charlie Umamoto, owner of Hilo Fish, after agreeing to the settlement.

By FIS North America

# FedEx USA Airbill

FedEx Tracking Number: 8375 3809 6139

**1 From** Please print and press hard.

Date: 1/31/03

Sender's FedEx Account Number: 2092-0183-6

Sender's Name: Bill Kowalski   Phone: (808) 285-2746

Company: 

Address: PO Box 30486

City: Honolulu   State: HI   ZIP: 96820

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.

**3 To**

Recipient's Name: Ryuji Ishii   Phone: (310) 604-3200

Company: AFC Corporation

Address: 19205 S Laurel Park Rd

To "HOLD" at FedEx location, print FedEx address. We cannot deliver to P.O. boxes or P.O. ZIP codes.

City: Rancho Dominguez   State: CA   ZIP: 90220

**4a Express Package Service** Packages up to 150 lbs.
- ☐ FedEx Priority Overnight
- ☐ FedEx Standard Overnight
- ☒ FedEx First Overnight

- ☐ FedEx 2Day
- ☐ FedEx Express Saver

**4b Express Freight Service** Packages over 150 lbs.
- ☐ FedEx 1Day Freight
- ☐ FedEx 2Day Freight
- ☐ FedEx 3Day Freight

**5 Packaging**
- ☒ FedEx Envelope
- ☐ FedEx Pak
- ☐ FedEx Box
- ☐ FedEx Tube
- ☐ Other

**6 Special Handling**
- ☐ SATURDAY Delivery
- ☐ HOLD Weekday at FedEx Location
- ☐ HOLD Saturday at FedEx Location
- ☐ Dry Ice

Does this shipment contain dangerous goods?
- ☒ No
- ☐ Yes As per attached Shipper's Declaration
- ☐ Yes Shipper's Declaration not required
- ☐ Cargo Aircraft Only

**7 Payment** Bill to:
- ☒ Sender
- ☐ Recipient
- ☐ Third Party
- ☐ Credit Card
- ☐ Cash/Check

**8 Release Signature**

Total Packages: Total Weight:    Total Declared Value: $        .00

446

 

Home | About FedEx | Service Info | Careers | eBusiness Tools | Manage My Account | Customer Service | Site Index

**Select More Online Services**   Search for

▸ Signature Proof

FedEx® Express Signature Proof of Delivery

# No Signature Found

| Quick Help |

**Related Links**
▸ Track Shipments
▸ My FedEx

Proof of delivery details appear below, however no signature is currently available for this FedEx Express shipment. Signatures are usually available two days after the shipment was delivered. Please check again later for a signature.

**Your Next Step**
   Online letter
   (no signature)
   Fax Letter
   (no signature)
   Make a new request

| Submit |

**Delivery Information**
Signed for by: S.JONES
Delivered to: C/O AFC CORP.
Delivery Date: February 3, 2003
Delivery Time: 1127
Shipper Reference Number:

**Fed SmallBusiness**

**Shipping Information**
Tracking Number: 837538096139
Shipper:
BILL KOWALSKI
HAWAII INTL SEAFOOD
371 AOKEA PL
HONOLULU, HI 968191828

**Please Note**

- If you have any questions about this shipment, please contact us.

fedex.com Terms of Use | Contact Us
This site is protected by copyright and trademark laws under U.S. and International law. Review our privacy policy. All rights reserved.
© 1995-2003 FedEx

http://www.fedex.com/cgi-bin/spod    2/4/2003