# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| | |
|---|---|
| Receipt | **236373** |
| Trans | 141587 |

Received From: **STEVEN L. KATZ**
Case Number:
Reference Number: **CV 04-53**

|  |  |
|---|---|
| Check | 225.00 |
| Total | 225.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| PRO HAC VICE | 685513 | 1 | 225.00 |
|  | **Total** |  | **225.00** |
|  | Tend |  | 225.00 |
|  | Due |  | 0.00 |

08/25/2006 02:05:01 PM     Deputy Clerk: et/DT