ORIGINAL

Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

LOUISE K. Y. ING           2394-0
ALLISON KIRK GRIFFITHS  8156-0
Suite 1800, ASB Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail:     ling@ahfi.com
            agriffiths@ahfi.com

Attorneys for Defendants
ADVANCED FRESH CONCEPTS
CORPORATION and ADVANCED FRESH
CONCEPTS FRANCHISE CORPORATION

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 2 5 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ADVANCED FRESH CONCEPTS CORPORATION and ADVANCED FRESH CONCEPTS FRANCHISE CORPORATION (doing business as "AFC" and "SOUTHERN TSUNAMI"), <br><br> Defendants. | CIVIL NO. 04-00053 BMK <br><br> **EX PARTE APPLICATION TO APPEAR *PRO HAC VICE*;** DECLARATION OF STEVEN L. KATZ; DECLARATION OF LOUISE K. Y. ING; CERTIFICATE OF SERVICE |

## EX PARTE APPLICATION TO APPEAR *PRO HAC VICE*

ALSTON HUNT FLOYD & ING, by Louise K. Y. Ing, hereby applies ex parte for the admission to practice pro hac vice of Steven L. Katz, counsel for Advanced Fresh Concepts Corporation and Advanced Fresh Concepts Franchise Corporation ("AFC") in Chicago, Illinois, before the Bar of the United States District Court for the District of Hawaii, as co-counsel for AFC in this action.

This application is made pursuant to L.R. 83.1(e) and is based upon the declarations of counsel attached hereto.

DATED:   Honolulu, Hawaii, August 25, 2006.

_____
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
Attorneys for Defendants
ADVANCED FRESH CONCEPTS
CORPORATION and ADVANCED
FRESH CONCEPTS FRANCHISE
CORPORATION