IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br>    Plaintiffs, <br><br> v. <br><br> ADVANCED FRESH CONCEPTS CORPORATION and ADVANCED FRESH CONCEPTS FRANCHISE CORPORATION (doing business as "AFC" and "SOUTHERN TSUNAMI"), <br><br>    Defendants. | CIVIL NO. 04-00053 BMK <br><br> **DECLARATION OF STEVEN L. KATZ** |

**DECLARATION OF STEVEN L. KATZ**

Pursuant to 28 U.S.C. § 1746, I declare that:

1. I am an attorney licensed to practice in the State of Illinois.

2. I make this declaration based on my personal knowledge and am competent to testify as to the matters set forth herein.

3. I do not reside in Hawaii, am not regularly employed in Hawaii and do not regularly engage in business, professional, or law-related activities in Hawaii.

4. My residence and office addresses are as follows:

  4027 Picardy Drive
  Northbrook, Illinois 60062

Masuda, Funai, Eifert & Mitchell, Ltd.
203 N. LaSalle Street, Suite 2500
Chicago, IL 60601
Tel:   (312) 245-7500
Fax:  (312) 245-7467
Email: skatz@masudafunai.com

5. I graduated with a Juris Doctor degree from Northern Illinois University College of Law in 1992.

6. I have been admitted to practice in the following courts on the dates indicated below:

Illinois, 1992
U.S. District Court for the Northern District of Illinois, 1992
U.S. District Court for Arizona, 1995
U.S. Court of Appeals for the Eighth Circuit, 2002

7. I am of good standing, am eligible and have been admitted to practice in the courts identified above.

8. I am not currently suspended or disbarred in any other court.

9. I request admission to appear on behalf of Defendants Advanced Fresh Concepts Corporation and Advanced Fresh Concepts Franchise Corporation. I designate Louise K. Y. Ing and Allison Kirk Griffiths to be associated counsel herein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Chicago, Illinois, on _August 23, 2006_.

_____
STEVEN L. KATZ