## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I caused a true and correct copy of the foregoing to be served on the following persons by hand-delivery or U.S. mail, postage prepaid (as indicated below) to their respective addresses:

|  | HAND-DELIVERED | MAILED |
|---|---|---|
| MILTON M. YASUNAGA, ESQ.<br>MARTIN E. HSIA, ESQ.<br>CADES SCHUTTE<br>1000 Bishop Street, Suite 1200<br>Honolulu, HI 96813-4216<br><br>Attorneys for Plaintiffs | ( ) | ( X ) |

DATED: Honolulu, Hawai'i, August 25, 2006.

_____
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
Attorneys for Defendants
ADVANCED FRESH CONCEPTS
CORPORATION and ADVANCED
FRESH CONCEPTS FRANCHISE
CORPORATION