Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

LOUISE K. Y. ING             2394-0
ALLISON KIRK GRIFFITHS   8156-0
Suite 1800, ASB Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
E-mail:     ling@ahfi.com
            agriffiths@ahfi.com

Attorneys for Defendants
ADVANCED FRESH CONCEPTS
CORPORATION and ADVANCED FRESH
CONCEPTS FRANCHISE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br>           Plaintiffs, <br><br>   v. <br><br> ADVANCED FRESH CONCEPTS CORPORATION and ADVANCED FRESH CONCEPTS FRANCHISE CORPORATION (doing business as "AFC" and "SOUTHERN TSUNAMI"), <br><br>           Defendants. <br> _____ | CIVIL NO. 04-00053 BMK <br><br> **ORDER GRANTING EX PARTE APPLICATION TO APPEAR** *PRO HAC VICE* |

## ORDER GRANTING EX PARTE APPLICATION TO APPEAR *PRO HAC VICE*

Upon review of the ex parte application, declarations of counsel and good cause appearing therefor,

IT IS HEREBY ORDERED that the Ex Parte Application to Appear Pro Hac Vice in GRANTED.  Steven L. Katz, counsel for Advanced Fresh Concepts Corporation and Advanced Fresh Concepts Franchise Corporation, is admitted to practice before the Bar of the United States District Court for the District of Hawaii as counsel for Defendants Advanced Fresh Concepts Corporation and Advanced Fresh Concepts Franchise Corporation in this action.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: September 5, 2006

_____
Kowalski v. Advanced Fresh Concepts Corporation, Civil No. CV 04-00053 BMK (D. Hawaii); **ORDER GRANTING EX PARTE APPLICATION TO APPEAR *PRO HAC VICE***