# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the dates and methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

MILTON M. YASUNAGA, ESQ.   myasunaga@cades.com   January 2, 2007

Attorney for WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

Dated:  Honolulu, Hawai'i, January 2, 2007.

/s/ Louise K. Y. Ing
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
Attorneys for Defendants
ADVANCED FRESH CONCEPTS
CORPORATION and ADVANCED
FRESH CONCEPTS FRANCHISE
CORPORATION

624.132-2/7128-2