CADES SCHUTTE LLP

MILTON M. YASUNAGA      3058
MARTIN E. HSIA           2954
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4216
Telephone:  (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br>   Plaintiffs, <br><br> v. <br><br>ADVANCED FRESH CONCEPTS CORPORATION and ADVANCED FRESH CONCEPTS FRANCHISE CORPORATION (doing business as "AFC" and "SOUTHERN TSUNAMI"), <br><br>   Defendants. | CIVIL NO. 04-00053 BMK <br><br>CERTIFICATE OF SERVICE <br><br>(RE: HAWAII INTERNATIONAL SEAFOOD, INC.'S AND WILLIAM R. KOWALSKI'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO ADVANCED FRESH CONCEPTS CORPORATION and ADVANCED FRESH CONCEPTS FRANCHISE CORPORATION) |

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on January 3, 2007 an original of Hawaii International Seafood, Inc.'s and William R. Kowalski's First Request For Production of Documents and Things to Advanced Fresh Concepts Corporation and Advanced Fresh Concepts Franchise Corporation dated January 3, 2007 was duly served by hand delivery on the following person(s) at their last known address.

LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
Alston Hunt Floyd & Ing
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendants
ADVANCED FRESH CONCEPTS
CORPORATION and ADVANCED
FRESH CONCEPTS FRANCHISE
CORPORATION

and on Steven L. Katz by email at skatz@masudafunai.com.

Also, the undersigned hereby certifies that, on the January 3, 2007, a true and correct copy of this Certificate of Service was duly served electronically through CM/ECF on the following:

Louise K. Y. Ing          ling@ahfi.com
Allison K. Griffiths      akirk@ahfi.com

DATED:  Honolulu, Hawaii, January 3, 2007.

CADES SCHUTTE LLP

*/s/ Milton M. Yasunaga*
MILTON M. YASUNAGA
Attorney for
WILLIAM R. KOWALSKI and HAWAII
INTERNATIONAL SEAFOOD, INC.