CADES SCHUTTE LLP

MILTON M. YASUNAGA     3058
MARTIN E. HSIA         2954
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ADVANCED FRESH CONCEPTS CORPORATION and ADVANCED FRESH CONCEPTS FRANCHISE CORPORATION (doing business as "AFC" and "SOUTHERN TSUNAMI"), <br><br> Defendants. | CIVIL NO. 04-00053 BMK <br><br> CERTIFICATE OF SERVICE <br><br> (RE: WILLIAM R. KOWALSKI'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO ADVANCED FRESH CONCEPTS CORPORATION) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 3, 2007 an original of William R. Kowalski's First Request For Answers to Interrogatories to Advanced Fresh Concepts Corporation dated January 3, 2007 was duly served by hand delivery on the following person(s) at their last known address.

    LOUISE K. Y. ING
    ALLISON KIRK GRIFFITHS
    Alston Hunt Floyd & Ing
    1800 ASB Tower
    1001 Bishop Street
    Honolulu, Hawaii 96813

    Attorneys for Defendants
    ADVANCED FRESH CONCEPTS
    CORPORATION and ADVANCED
    FRESH CONCEPTS FRANCHISE
    CORPORATION

and on Steven L. Katz by email at skatz@masudafunai.com.

Also, the undersigned hereby certifies that, on the January 3, 2007, a true and correct copy of this Certificate of Service was duly served electronically through CM/ECF on the following:

    Louise K. Y. Ing        ling@ahfi.com
    Allison K. Griffiths     akirk@ahfi.com

DATED:  Honolulu, Hawaii, January 3, 2007.

        CADES SCHUTTE LLP

        /s/ Milton M. Yasunaga
        MILTON M. YASUNAGA
        Attorney for
        WILLIAM R. KOWALSKI and HAWAII
        INTERNATIONAL SEAFOOD, INC.