CADES SCHUTTE LLP

MILTON M. YASUNAGA     3058
MARTIN E. HSIA          2954
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ADVANCED FRESH CONCEPTS CORPORATION and ADVANCED FRESH CONCEPTS FRANCHISE CORPORATION (doing business as "AFC" and "SOUTHERN TSUNAMI"), <br><br> Defendants. | CIVIL NO. 04-00053 BMK <br><br> CERTIFICATE OF SERVICE <br><br> (RE: WILLIAM R. KOWALSKI'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO ADVANCED FRESH CONCEPTS FRANCHISE CORPORATION) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 3, 2007 an original of William R. Kowalski's First Request For Answers to Interrogatories to Advanced Fresh Concepts Franchise Corporation dated January 3, 2007 was duly served by hand delivery on the following person(s) at their last known address.

>LOUISE K. Y. ING
>ALLISON KIRK GRIFFITHS
>Alston Hunt Floyd & Ing
>1800 ASB Tower
>1001 Bishop Street
>Honolulu, Hawaii 96813
>
>Attorneys for Defendants
>ADVANCED FRESH CONCEPTS
>CORPORATION and ADVANCED
>FRESH CONCEPTS FRANCHISE
>CORPORATION

and on Steven L. Katz by email at skatz@masudafunai.com.

Also, the undersigned hereby certifies that, on the January 3, 2007, a true and correct copy of this Certificate of Service was duly served electronically through CM/ECF on the following:

>Louise K. Y. Ing           ling@ahfi.com
>Allison K. Griffiths       akirk@ahfi.com

DATED: Honolulu, Hawaii, January 3, 2007.

          CADES SCHUTTE LLP

          /s/ Milton M. Yasunaga
          MILTON M. YASUNAGA
          Attorney for
          WILLIAM R. KOWALSKI and HAWAII
          INTERNATIONAL SEAFOOD, INC.