CADES SCHUTTE LLP

MILTON M. YASUNAGA     3058
MARTIN E. HSIA         2954
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4216
Telephone:  (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED FRESH CONCEPTS CORPORATION and ADVANCED FRESH CONCEPTS FRANCHISE CORPORATION (doing business as "AFC" and "SOUTHERN TSUNAMI"),<br><br>Defendants. | CIVIL NO. 04-00053 BMK<br><br>WILLIAM R. KOWALSKI AND HAWAII INTERNATIONAL SEAFOOD, INC.'S REPLY TO DEFENDANTS ADVANCED FRESH CONCEPTS CORPORATION'S AND ADVANCED FRESH CONCEPTS FRANCHISE CORPORATION'S COUNTERCLAIM; CERTIFICATE OF SERVICE |
|---|---|

ImanageDB:688476.1

WILLIAM R. KOWALSKI AND HAWAII INTERNATIONAL SEAFOOD, INC.'S REPLY TO DEFENDANTS ADVANCED FRESH CONCEPTS CORPORATION'S AND ADVANCED FRESH CONCEPTS FRANCHISE CORPORATION'S COUNTERCLAIM

Plaintiffs WILLIAM R. KOWALSKI (Kowalski) and HAWAII INTERNATIONAL SEAFOOD, INC., (HISI) answer the counterclaim of Defendants Advanced Fresh Concepts Corporation and Advanced Fresh Concepts Franchise Corporation (jointly AFC or Defendant) as follows:

FIRST DEFENSE

1. The Counterclaim fails to state a claim against Kowalski and HISI upon which relief can be granted.

SECOND DEFENSE

2. Kowalski and HISI admit the allegations in paragraphs 3. 4, 6, 8, and 9 of the Counterclaim.

3. Kowalski and HISI at this time are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1 and 2.

4. Kowalski and HISI admit that paragraph 5 of the Counterclaim purports that Defendant's action is one for a declaratory judgment under 28 U.S.C. Section 2201(a), and admit the jurisdictional contentions of paragraph 5.

5. Kowalski and HISI admit that paragraph 7 of the Counterclaim purports that there is a justiciable controversy among the party's concerning the scope and

validity of the '401 Patent and AFC's alleged infringement of it and that Defendant's action is one for a declaratory judgment uthat the '401 patent and each of its claims is not infringed, is void, invalid and unenforceable.

6. As to the allegations in paragraph 10 of the Counterclaim, Kowalski and HISI admit that, in its paragraph 11, the First Amended Complaint Kowalski and HISI assert that AFC is infringing the '401 Patent, but deny the remaining allegations of paragraph 10.

7. Kowalski and HISI deny the allegations in paragraphs 11 and 12 of the Countercclaim and deny each and every allegation not specifically admitted herein.

## THIRD THROUGH SIXTH DEFENSES

8. Defendant's claims are barred by the affirmative defenses of waiver; failure to mitigate; laches; statute of limitations; and the law that arguments to the U.S. Patent and Trademark Office (USPTO) about prior art presented to the USPTO cannot constitute misrepresentations or mischaracterization or withholding of facts or information, inequitable conduct, breach of the duty of candor, improper conduct, fraud on the patent office, or any other wrongdoing.

WHEREFORE, Kowalski and HISI request entry of judgment in their favor and against Defendant on the Counterclaim as follows:

A. Dismissing with prejudice the Counterclaim against Kowalski and HISI

and denying all of Defendant's requests for relief;

B. Awarding Kowalski and HISI their costs, reasonable attorneys' fees, and granting such other and further relief as this Court deems just and proper.

C. Providing the relief requested in the Amended Complaint.

DATED: Honolulu, Hawaii, January 22, 2007.

                    CADES SCHUTTE LLP

                    /s/ Milton M. Yasunaga
                    MILTON M. YASUNAGA
                    MARTIN E. HSIA
                    Attorneys for Plaintiffs
                    WILLIAM R. KOWALSKI and HAWAII
                    INTERNATIONAL SEAFOOD, INC.