IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED FRESH CONCEPTS CORPORATION and ADVANCED FRESH CONCEPTS FRANCHISE CORPORATION (doing business as "AFC" and "SOUTHERN TSUNAMI"),<br><br>Defendants. | CIVIL NO. 04-00053 BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that, on the January 22, 2007, a true and correct copy of the foregoing was duly served on the following at their last known addresses:

Served Electronically through CM/ECF:

    Louise K. Y. Ing        ling@ahfi.com
    Allison K. Griffiths    akirk@ahfi.com

Served Electronically and by First Class Mail:

> Steven L. Katz
> Masuda Funai Eifert & Mitchell, Ltd.
> 203 N. LaSalle Street, Suite 2500
> Chicago, IL 60601
> Email: skatz@masudafunai.com

DATED: Honolulu, Hawaii, January 22, 2007.

CADES SCHUTTE LLP

/s/ Milton M. Yasunaga
MILTON M. YASUNAGA
MARTIN E. HSIA
Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and HAWAII
INTERNATIONAL SEAFOOD, INC.