# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the dates and methods of service noted below, a true and correct copy of *Defendants Advanced Fresh Concepts Corporation and Advanced Fresh Concepts Franchise Corporation's Scheduling Conference Statement* was served on the following at their last known address:

Served Electronically through CM/ECF:

MILTON M. YASUNAGA, ESQ.      myasunaga@cades.com      January 31, 2007

Attorney for WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

Dated: Honolulu, Hawaiʻi, January 31, 2007.

/s/ Louise K. Y. Ing_____
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
Attorneys for Defendants/Counterclaimants
ADVANCED FRESH CONCEPTS
CORPORATION and ADVANCED
FRESH CONCEPTS FRANCHISE
CORPORATION