LOUISE K. Y. ING          2394-0
ALLISON KIRK GRIFFITHS    8156-0
ALSTON HUNT FLOYD & ING
Suite 1800, ASB Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
E-mail:     ling@ahfi.com
            agriffiths@ahfi.com

STEVEN L. KATZ      *Pro Hac Vice*
MASUDA FUNAI EIFERT & MITCHELL, LTD.
203 N. LaSalle Street, Suite 2500
Chicago, Illinois 60601
Telephone:  (312) 245-7500
Facsimile:  (312) 245-7467
E-mail:     skatz@masudafunai.com

Attorneys for Defendants
ADVANCED FRESH CONCEPTS CORPORATION and
ADVANCED FRESH CONCEPTS FRANCHISE
CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | | |
|---|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., | ) ) ) ) | Civil No. CV04 00053 BMK |
| Plaintiffs, | ) ) | **DEFENDANTS ADVANCED FRESH CONCEPTS CORPORATION AND ADVANCED FRESH CONCEPTS FRANCHISE CORPORATION'S INITIAL DISCLOSURES**; |
| vs. | ) ) ) |  |
| ADVANCED FRESH CONCEPTS CORPORATION and ADVANCED | ) ) ) | CERTIFICATE OF SERVICE |

635789_1/7128-2

| | |
|---|---|
| FRESH CONCEPTS FRANCHISE CORPORATION, | )<br>)<br>) |
| Defendants. | )<br>) |

**DEFENDANTS ADVANCED FRESH CONCEPTS CORPORATION AND ADVANCED FRESH CONCEPTS FRANCHISE CORPORATION'S INITIAL DISCLOSURES**

Defendants Advanced Fresh Concepts Corporation and Advanced Fresh Concepts Franchise Corporation (collectively "AFC"), by and through their attorneys, Alston Hunt Floyd & Ing, and pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, LR 26.1(a)(1) of the Rules of the United States District Court for the District of Hawai`i, make the following initial disclosures based on information reasonably available at this time.

**I.   INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION WHO MAY SUPPORT AFC'S CLAIMS OR DEFENSES**

AFC identifies the following individuals as persons likely to have discoverable information to support its claims:

1. Jeff Seiler
   AFC Corporation
   c/o Alston Hunt Floyd & Ing
   ASB Tower, 18th Floor
   1001 Bishop Street
   Honolulu, HI 96813

Mr. Seiler has knowledge of the factual background of this case, including, but not limited to, Advanced Franchise Corporation's frozen treated fish products, sales of such products, expenses, marketing and labeling of such product, AFC's business structure, the in-store sushi franchising industry, and other issues related to liability and damages.

2. William R. Kowalski
   c/o Milton M. Yasunaga, Esq.
   Cades Schutte LLP
   1000 Bishop Street, Suite 1200
   Honolulu, HI 96813
   Ph: 521-9200

Mr. Kowalski has knowledge of Plaintiffs' claims against AFC, the factual background of this case and information relating to HIS' finances, products, processing of such frozen fish products for color retention, processing of smoke or gas used for color-retention treatment, marketing, sales, expenses, market share and alleged damages.

3. Clint Taylor and other representative(s) of
   Hawaii International Seafoods, Inc.
   c/o Milton M. Yasunaga, Esq.
   Cades Schutte LLP
   1000 Bishop Street, Suite 1200
   Honolulu, HI 96813
   Ph: 521-9200

These persons may have knowledge of Plaintiffs' claims against AFC, the factual background of this case and information relating to HIS' finances, products, processing of such frozen fish products for color retention, processing of smoke or gas used for color-retention treatment, marketing, sales, expenses, market share and alleged damages.

4. Representatives of AFC's suppliers of frozen fish treated for color retention between October 1999 and the present
c/o Alston Hunt Floyd & Ing
ASB Tower, 18th Floor
1001 Bishop Street
Honolulu, HI 96813

These persons, whose companies are identified in documents previously produced by AFC to Plaintiffs (including but not limited to document range AFC000013-92) may have knowledge about methods used to treat for color-retention frozen fish sold to AFC, processing of substances used to treat such fish for color-retention, sales of such fish to AFC, and other issues relating to liability and damages.

5. Representatives of Frescomar and other of HIS' suppliers of frozen fish treated for color retention between October 1999 and the present
c/o Milton M. Yasunaga, Esq.
Cades Schutte LLP
1000 Bishop Street, Suite 1200
Honolulu, HI 96813
Ph: 521-9200

These persons may have knowledge about methods used to treat for color-retention frozen fish sold to HIS, processing of substances used to treat such fish for color-retention, sales of such fish to HIS, and other issues relating to liability and damages.

## II. DOCUMENTS, DATA COMPILATIONS AND TANGIBLE THINGS THAT MAY SUPPORT AFC'S CLAIMS OR DEFENSES

AFC will make relevant documents that have not yet been produced to Plaintiffs available at the offices of Alston Hunt Floyd & Ing at a mutually convenient time. AFC will supplement its production as required by the Local Rules and Federal Rules of Civil Procedure.

The following categories of documents are in AFC's possession, custody or control and may be used to support its claims or defenses. They will be made available for inspection and copying upon request by Plaintiffs at a mutually convenient time, to the extent not already produced. Such production will be subject to all applicable objections on the grounds of relevance, attorney-client or work product privilege and any other applicable claim of privilege, and subject to the Stipulated Protective Order filed in this case:

A. Documents from AFC's suppliers/former suppliers concerning methods for treating relevant fish species for color retention sold to AFC from October 1999 to the present

B. Documents relating to AFC's purchases and sales of fish treated for color retention and its costs of sale and other expenses from October 1999 to the present.

C. Correspondence between October 1999 and the present to and from AFC and its suppliers of tuna, tilapia and yellowtail/hamachi treated for color retention relating to such product.

D. Correspondence and communications between AFC and Kowalski/HIS.

E. Documents relating to AFC's labeling and marketing of its sushi products containing fish treated for color retention between October, 1999 to the present.

## III. COMPUTATION OF DAMAGES

AFC presently does not seek damages in this action. AFC reserves the right, however, to seek attorneys' fees and costs should it prevail on Plaintiffs' claims against AFC.

## IV. INSURANCE AGREEMENTS

AFC was insured under a comprehensive general liability and umbrella policies issued by Mitsui Sumitomo Marine & Fire Insurance Company, Ltd. and Mitsui Sumitomo Insurance Company of America ("Mitsui Sumitomo"). Mitsui recently accepted defense of AFC in this lawsuit subject to a reservation of rights.

Dated: Honolulu, Hawai`i, January 31, 2007.

/s/ Louise K. Y. Ing
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
Attorneys for Defendants
ADVANCED FRESH CONCEPTS
CORPORATION and ADVANCED
FRESH CONCEPTS FRANCHISE
CORPORATION