IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ADVANCED FRESH CONCEPTS CORPORATION and ADVANCED FRESH CONCEPTS FRANCHISE CORPORATION (doing business as "AFC" and "SOUTHERN TSUNAMI"), <br><br> Defendants. | CIVIL NO. 04-00053 BMK <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that, on the January 31, 2007, a true and correct copy of the foregoing was duly served on the following at their last known addresses:

Served Electronically through CM/ECF:

       Louise K. Y. Ing       ling@ahfi.com
       Allison K. Griffiths     akirk@ahfi.com

ImanageDB:690090.1

Served Electronically and by First Class Mail:

>Steven L. Katz
>Masuda Funai Eifert & Mitchell, Ltd.
>203 N. LaSalle Street, Suite 2500
>Chicago, IL 60601
>Email: skatz@masudafunai.com

DATED: Honolulu, Hawaii, January 31, 2007.

>CADES SCHUTTE LLP
>
>
>/s/ Milton M. Yasunaga
>MILTON M. YASUNAGA
>MARTIN E. HSIA
>Attorneys for Plaintiffs
>WILLIAM R. KOWALSKI and HAWAII
>INTERNATIONAL SEAFOOD, INC.