# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/06/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00053BMK |
| CASE NAME: | William R. Kowalski, et al. v. Advanced Fresh Concepts Corporation, et al. |
| ATTYS FOR PLA: | Milton M. Yasunaga |
| ATTYS FOR DEFT: | Louise K.Y. Ing, Steven L. Katz |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 02/06/2007 | TIME: | 9 - 3 |

COURT ACTION:  EP: Settlement Conference held.  No settlement at this time.  Further conference on call.

Rule 16 Scheduling Conference not held.  Parties to call with a trial date.

Submitted by Richlyn W. Young, courtroom manager