LOUISE K. Y. ING            2394-0
ALLISON KIRK GRIFFITHS   8156-0
ALSTON HUNT FLOYD & ING
Suite 1800, ASB Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
E-mail:     ling@ahfi.com
            agriffiths@ahfi.com

STEVEN L. KATZ       *Pro Hac Vice*
MASUDA FUNAI EIFERT & MITCHELL, LTD.
203 N. LaSalle Street, Suite 2500
Chicago, Illinois 60601
Telephone:  (312) 245-7500
Facsimile:  (312) 245-7467
E-mail:     skatz@masudafunai.com

Attorneys for Defendants/Counterclaimants
ADVANCED FRESH CONCEPTS CORPORATION and
ADVANCED FRESH CONCEPTS FRANCHISE
CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., | ) ) ) ) Civil No. CV04 00053 BMK  **CERTIFICATE OF SERVICE** |
| Plaintiffs, | ) ) [RE: DEFENDANT ADVANCED FRESH CONCEPTS CORPORATION'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF HAWAII INTERNATIONAL SEAFOOD, INC.] |
| vs. | ) ) ) |
| ADVANCED FRESH CONCEPTS CORPORATION and ADVANCED FRESH CONCEPTS FRANCHISE CORPORATION, | ) ) ) ) ) ) |

                    Defendants.        )
_____ )


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 28, 2007, I caused two true and correct copies of **Defendant Advanced Fresh Concepts Corporation's First Request for Answers to Interrogatories to Plaintiff Hawaii International Seafood, Inc.** to be served on the following persons by hand-delivery or U.S. mail, postage prepaid (as indicated below) to their respective addresses:

|  | HAND-DELIVERED | MAILED |
|---|---|---|
| MILTON M. YASUNAGA, ESQ.<br>MARTIN E. HSIA, ESQ.<br>CADES SCHUTTE<br>1000 Bishop Street, Suite 1200<br>Honolulu, HI 96813-4216 | ( X ) | ( ) |

Attorneys for Plaintiffs

DATED: Honolulu, Hawai'i, February 28, 2007.

/s/ Louise K. Y. Ing
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
Attorneys for Defendants/Counterclaimants
ADVANCED FRESH CONCEPTS
CORPORATION and ADVANCED
FRESH CONCEPTS FRANCHISE
CORPORATION

2