LOUISE K. Y. ING          2394-0
ALLISON KIRK GRIFFITHS  8156-0
ALSTON HUNT FLOYD & ING
Suite 1800, ASB Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
E-mail:      ling@ahfi.com
                agriffiths@ahfi.com

STEVEN L. KATZ          *Pro Hac Vice*
MASUDA FUNAI EIFERT & MITCHELL, LTD.
203 N. LaSalle Street, Suite 2500
Chicago, Illinois 60601
Telephone:  (312) 245-7500
Facsimile:  (312) 245-7467
E-mail:      skatz@masudafunai.com

Attorneys for Defendants/Counterclaimants
ADVANCED FRESH CONCEPTS CORPORATION and
ADVANCED FRESH CONCEPTS FRANCHISE
CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | | |
|---|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., | ) ) ) ) | Civil No. CV04 00053 BMK |
| | ) | **CERTIFICATE OF SERVICE** |
| Plaintiffs, | ) ) ) | [RE: DEFENDANT'S FIRST REQUEST FOR ADMISSIONS TO PLAINTIFFS] |
| vs. | ) ) | |
| ADVANCED FRESH CONCEPTS CORPORATION and ADVANCED | ) ) ) | |

638,936 / 7128-2

FRESH CONCEPTS FRANCHISE    )
CORPORATION,    )
    )
            Defendants.    )
_____ )

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 2, 2007, I caused two true and

correct copies of **Defendant's First Request for Admissions to Plaintiffs;**

**Admissions** to be served on the following persons by hand-delivery or U.S. mail,

postage prepaid (as indicated below) to their respective addresses:

|  | HAND-DELIVERED | MAILED |
|---|---|---|
| MILTON M. YASUNAGA, ESQ.<br>MARTIN E. HSIA, ESQ.<br>CADES SCHUTTE<br>1000 Bishop Street, Suite 1200<br>Honolulu, HI 96813-4216 | ( X ) | ( ) |

Attorneys for Plaintiffs

DATED: Honolulu, Hawaiʻi, March 2, 2007.

/s/ Louise K. Y. Ing
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
Attorneys for Defendants/Counterclaimants
ADVANCED FRESH CONCEPTS
CORPORATION and ADVANCED
FRESH CONCEPTS FRANCHISE
CORPORATION

638,936 / 7128-2

2