LOUISE K. Y. ING            2394-0
ALLISON KIRK GRIFFITHS   8156-0
ALSTON HUNT FLOYD & ING
Suite 1800, ASB Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail:    ling@ahfi.com
           agriffiths@ahfi.com

STEVEN L. KATZ      *Pro Hac Vice*
MASUDA FUNAI EIFERT & MITCHELL, LTD.
203 N. LaSalle Street, Suite 2500
Chicago, Illinois 60601
Telephone: (312) 245-7500
Facsimile: (312) 245-7467
E-mail:    skatz@masudafunai.com

Attorneys for Defendants/Counterclaimants
ADVANCED FRESH CONCEPTS CORPORATION and
ADVANCED FRESH CONCEPTS FRANCHISE
CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> ADVANCED FRESH CONCEPTS CORPORATION and ADVANCED | Civil No. CV04 00053 BMK <br><br> **CERTIFICATE OF SERVICE** <br><br> [RE: DEFENDANTS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFFS; EXHIBIT A] |

639,382 / 7128-2

| FRESH CONCEPTS FRANCHISE CORPORATION, | ) ) ) |
|---|---|
| Defendants. | ) ) ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 2, 2007, I caused a true and correct copy of **Defendants' Second Request for Production of Documents to Plaintiffs; Exhibit A** to be served on the following persons by hand-delivery or U.S. mail, postage prepaid (as indicated below) to their respective addresses:

|  | HAND-DELIVERED | MAILED |
|---|---|---|
| MILTON M. YASUNAGA, ESQ.<br>MARTIN E. HSIA, ESQ.<br>CADES SCHUTTE<br>1000 Bishop Street, Suite 1200<br>Honolulu, HI 96813-4216 | ( X ) | ( ) |

Attorneys for Plaintiffs

DATED: Honolulu, Hawaiʻi, March 2, 2007.

/s/ Louise K. Y. Ing
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
Attorneys for Defendants/Counterclaimants
ADVANCED FRESH CONCEPTS
CORPORATION and ADVANCED
FRESH CONCEPTS FRANCHISE
CORPORATION