LOUISE K. Y. ING            2394-0
ALLISON KIRK GRIFFITHS  8156-0
ALSTON HUNT FLOYD & ING
Suite 1800, ASB Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-1800
Facsimile:   (808) 524-4591
E-mail:        ling@ahfi.com
                   agriffiths@ahfi.com

STEVEN L. KATZ        *Pro Hac Vice*
MASUDA FUNAI EIFERT & MITCHELL, LTD.
203 N. LaSalle Street, Suite 2500
Chicago, Illinois 60601
Telephone:  (312) 245-7500
Facsimile:   (312) 245-7467
E-mail:        skatz@masudafunai.com

Attorneys for Defendants/Counterclaimants
ADVANCED FRESH CONCEPTS CORPORATION and
ADVANCED FRESH CONCEPTS FRANCHISE
CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> ADVANCED FRESH CONCEPTS CORPORATION and ADVANCED | Civil No. CV04 00053 BMK <br><br> **CERTIFICATE OF SERVICE** <br><br> [RE: DEFENDANTS' FIRST AMENDED FIRST REQUEST FOR ADMISSIONS TO PLAINTIFFS] |

638,936-2 / 7128-2

| | |
|---|---|
| FRESH CONCEPTS FRANCHISE CORPORATION, | ) ) ) |
| Defendants. | ) ) |
| _____ | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 2, 2007, I caused two true and correct copies of **Defendants' First Amended First Request for Admissions to Plaintiffs; Admissions** to be served on the following persons by hand-delivery or U.S. mail, postage prepaid (as indicated below) to their respective addresses:

| | HAND-DELIVERED | MAILED |
|---|---|---|
| MILTON M. YASUNAGA, ESQ.<br>MARTIN E. HSIA, ESQ.<br>CADES SCHUTTE<br>1000 Bishop Street, Suite 1200<br>Honolulu, HI 96813-4216 | ( X ) | ( ) |

Attorneys for Plaintiffs

DATED: Honolulu, Hawaiʻi, March 2, 2007.

/s/ Louise K. Y. Ing
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
Attorneys for Defendants/Counterclaimants
ADVANCED FRESH CONCEPTS
CORPORATION and ADVANCED
FRESH CONCEPTS FRANCHISE
CORPORATION