# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/18/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00053BMK |
| CASE NAME: | William R. Kowalski v. Advanced Fresh Concepts |
| ATTYS FOR PLA: | Milton M. Yasunaga |
| ATTYS FOR DEFT: | Louise K.Y. Ing, Steven L. Katz |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 04/18/2007 | TIME: | 2 - 6:30 |

COURT ACTION:  EP: Settlement Conference held.  Case settled.  All dates vacated.

Submitted by Richlyn W. Young, courtroom manager