CADES SCHUTTE LLP

| | |
|---|---|
| MILTON M. YASUNAGA | 3058 |
| MARTIN E. HSIA | 2954 |

1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4216
Telephone:  (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>          Plaintiffs,<br><br>     v.<br><br>ADVANCED FRESH CONCEPTS CORPORATION and ADVANCED FRESH CONCEPTS FRANCHISE CORPORATION (doing business as "AFC" and "SOUTHERN TSUNAMI"),<br><br>          Defendants. | CIVIL NO. 04-00053 BMK<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT; ORDER<br><br><br>TRIAL:  February 20, 2008<br>JUDGE:  Hon. Barry M. Kurren |

STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT; ORDER

Plaintiffs WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC. and Defendants ADVANCED FRESH CONCEPTS CORPORATION, and ADVANCED FRESH CONCEPTS FRANCHISE CORPORATION, all by and through their attorneys, pursuant to the Confidential Settlement Agreement entered into by all parties and having an Effective Date of April 18, 2007, stipulate to the dismissal of all claims in this action with prejudice, pursuant to Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, and L.R. 10.4 and 41.1, each party to bear its own fees and costs.

Pursuant to the parties' understanding and the agreement of the Court, this Court will retain jurisdiction to resolve any dispute regarding the form and terms of the parties' settlement and to enforce the parties' settlement agreement.

This Stipulation has been signed by all parties who have appeared in this action.  There are no remaining claims.  Trial was set for February 20, 2008.

-----------------------------------------------------------------------------------------------------
William R. Kowalski, et al. v. Advanced Fresh Concepts Corporation, et al.; Civil No. 04-00053 BMK; United States District Court, District of Hawaii; STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT; ORDER

DATED:  Honolulu, Hawaii, May 17, 2007.

/s/ Milton M. Yasunaga
Milton M. Yasunaga, counsel for
William R. Kowalski and Hawaii
International Seafood, Inc.

/s/ Louise K.Y. Ing
Louise K.Y. Ing,
Stephen L. Katz, counsel for
Advanced Fresh Concepts Corporation and
Advanced Fresh Concepts Franchise
Corporation

APPROVED AND SO ORDERED:



/s/ Barry M. Kurren
United States Magistrate Judge
 Dated: May 18, 2007

---

William R. Kowalski, et al. v. Advanced Fresh Concepts Corporation, et al.; Civil No. 04-00053 BMK; United States District Court, District of Hawaii; STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT; ORDER